DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KREIGER BELONY,**
Appellant,

v.

**NORTH BROWARD HOSPITAL DISTRICT** d/b/a
**BROWARD HEALTH,**
Appellee.

No. 4D2022-3061

[February 25, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE-21-006736.

Peter M. Hoogerwoerd and Corey L. Seldin of Remer, Georges-Pierre & Hoogerwoerd, PLLC, Coral Gables, for appellant.

Matthew D. Stefany of Allen Norton & Blue, P.A., Tampa, for appellee.

*ON REMAND FROM THE FLORIDA SUPREME COURT*

PER CURIAM.

This matter is before us on remand from the Supreme Court of Florida. In *Belony v. North Broward Hospital District*, 374 So. 3d 5 (Fla. 4th DCA 2023), we affirmed the dismissal of a complaint for gender discrimination and retaliation that alleged violations of the Florida Civil Rights Act ("FCRA"), holding that the appellant had failed to exhaust administrative remedies under the FCRA by failing to allege a violation of the FCRA in the charge of discrimination filed with the Equal Employment Opportunity Commission.

The supreme court quashed our opinion in *Belony v. North Broward Hospital District*, SC2004-0080, 2025 WL 3565035 (Fla. Dec. 12, 2025), and remanded to us for reconsideration upon application of *Steak N Shake, Inc. v. Ramos*, 415 So. 3d 107 (Fla. 2025), where the court held that "a claimant need not specifically allege he is seeking relief under the FCRA to exhaust administrative remedies." *Ramos*, 415 So. 3d at 109.

1

Based on the foregoing, we reverse the dismissal and remand to the trial court for further proceedings.

*Reversed and remanded.*

GROSS, MAY and CIKLIN, JJ., concur.

\* \* \*

**Not final until disposition of timely filed motion for rehearing.**